UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

**UNITED STATES OF AMERICA**

**v.**  CRIMINAL NO. 4:23cr48

**ANTONIO PIERCE, JR.**,

    **Defendant.**

## ORDER ACCEPTING PLEA OF GUILTY

    This matter is before the Court for consideration of a Report and Recommendation by the Magistrate Judge recommending that the Court accept the Defendant's plea of guilty to the specified charge(s) in the pending matter pursuant to a plea hearing proceeding conducted by the Magistrate Judge with the consent of the Defendant and counsel. It appearing that the Magistrate Judge made full inquiry and findings pursuant to Rule 11; that the Defendant received notice of the right to file specific objections to the Report and Recommendation; and that no objections have been asserted within the prescribed time period, it is hereby

    **ORDERED** that the Report and Recommendation and findings of the Magistrate Judge are **ADOPTED**, and the Court **ACCEPTS** the Defendant's guilty plea to Count One of the Indictment. The Court hereby **ADJUDICATES** the Defendant guilty of Count One of the Indictment.

    **IT IS SO ORDERED.**

                                                 /s/
                                    Arenda L. Wright Allen
                                  United States District Judge

February 13, 2024
Norfolk, Virginia